# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

ADONNIS JAMIL CONNER
  Petitioner,

V.

Case No. 21-CV-236-SCD

RANDALL HEPP
  Respondent.

## MOTION FOR EXTENTION FOR RESPONSE BRIEF TO RESPONDENT

Petitioner Adonnis Jamil Conner humbly ask this honorable court to grant a 30 day extention to reply to Respondent for the following reasons.

1. Petitioner is a Pro-se litigant who is dumbfounded to procedure and the law.

2. Petitioner is incarcerated at Waupun Correctional Institution where all inmates have been on lockdown since March 29th, 2023. Where petitioner is housed.

3. Petitioner as well as other Pro-se litigants and inmates have been without access to Legal library and materials.

4. Waupun Correctional Institution has no planned date on when security measures might be lifted so inmates are allowed or available to attend Legal library. So they can argue their cases to the best of their ability.

## Conclusion

This court should grant Petitioner request and consider any other motions brought forth by pro-se litigant.

Dated this 12th day of June 2023

Respectfully submitted,

Adonnis Jamil Conner

*Adonnis Conner* #647869

Waupun Correctional Institution
P.O Box 351
Waupun, WI 53963

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

## CERTIFICATE OF SERVICE

Re: Adonnis Jamil Conner v. Randall Hepp
Case No. 21-CV-236-SCD

I hereby certify that on June 12, 2023, the Motion For Extention For Response Brief to Respondent was electronically filed with the Clerk of the Court using the ECF system.

Adonnis Conner 647869

Adonnis Conner 647869
Waupun Correctional Institution
P.O Box 351
Waupun, WI 53963